**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| MARK MCPHAIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 2:22-cv-00137 |
| | ) | |
| THE TRUSTEES OF INDIANA | ) | |
| UNIVERSITY; KEN IWAMA, in his | ) | |
| individual and official capacities; VICKI | ) | Removed from the Lake Superior Court |
| ROMÁN-LAGUNAS, in her individual | ) | Case No.  45C01-2204-PL-000273 |
| and official capacities; and DAVID | ) | |
| KLAMEN, in his individual and official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

Defendants The Trustees of Indiana University, Ken Iwama, Vicki Román-Lagunas and David Klamen ("Defendants") hereby file this Notice of Removal.  Defendants remove this case from the Lake Superior Court (Lake County, Indiana) to the United States District Court for the Northern District of Indiana, Hammond Division under 28 U.S.C. §§ 1331, 1441, and 1446.  The grounds for this removal are further detailed as follows:

1.      On or about April 18, 2022, Plaintiff Mark McPhail filed a Complaint against Defendants in the Lake Superior Court, Cause No. 45C01-2204-PL-000273.

2.      On April 21, 2022, Defendant The Trustees of Indiana University were served with a copy of Plaintiff's Complaint and Summons by Certified Mail.

3.      On April 22, 2022, Defendants Ken Iwama, Vicki Román-Lagunas and David Klamen were served with a copy of Plaintiff's Complaint and Summons by Certified Mail.

1

4.      Pursuant to 28 U.S.C. § 1446(a), a copy of "all process, pleadings and orders" that Defendants have received as of the date of the instant filing are attached here as **Exhibit A**.

5.      The lawsuit is a civil action alleging, among other things, violations of rights to procedural due process in alleged violation of 42 U.S.C. §§ 1983 and 1985 (*see* Compl. ¶¶ 92-97); and alleged race discrimination and retaliation in violation of the Civil Rights Act of 1866, 42 U.S.C. §§ 1981, 1983, 1985 (*see* Compl. ¶¶ 98-108).

6.      The federal district courts have original jurisdiction over the Civil Rights Act claims pursuant to 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

7.      The lawsuit is properly removed to this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Northern District of Indiana, Hammond Division, is the federal judicial district and division encompassing Lake County, Indiana, where this action was filed.

8.      This notice of removal is timely filed in compliance with 28 U.S.C. § 1446(b)(1) because it is filed within thirty (30) days of April 21, 2022, the date on which Defendant The Trustees of Indiana University received service.

9.      The lawsuit is properly removed pursuant to 28 U.S.C. § 1446(b)(2) as all Defendants join in this removal.

10.     Pursuant to 28 U.S.C. § 1446(d), all Defendants are giving written notice of the filing of the Notice of Removal to Plaintiff, through counsel, and a copy of this Notice of Removal is being filed with the Clerk of the Lake Superior Court.

WHEREFORE, all Defendants hereby remove this action from the Lake Superior Court to the United States District Court for the Northern District of Indiana.

## RESERVATION OF DEFENSES

By removing this action, Defendants do not waive any defenses, objections, or motions available under state or federal law.

Respectfully submitted,

*s/Kathleen M. Anderson*
Kathleen M. Anderson (#16351-92)
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, Indiana 46802
Telephone:     (260) 423-9440
Facsimile:     (260) 424-8316
Email:     kathleen.anderson@btlaw.com

V. Chisara Ezie-Boncoeur (#37251-71)
BARNES & THORNBURG LLP
201 South Main Street, Suite 400
South Bend, Indiana 46601-2130
Telephone:     (574) 237-1273
Facsimile:     (574) 237-1125
Email:     cezie@btlaw.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18ᵗʰ day of May, 2022, a true and correct copy of the foregoing was served on the following counsel of record via electronic and regular U.S. mail:

> Kathleen A. DeLaney – kathleen@delaneylaw.net
> Christopher S. Stake – cstake@delaneylaw.net
> DELANEY & DELANEY LLC
> 3646 North Washington Boulevard
> Indianapolis, IN  46205
>
> Rima N. Kapitan – rima@kapitangomaa.com
> KAPITAN GOMAA LAW, P.C.
> P.O. Box 6779
> Chicago, IL  60680

*s/Kathleen M. Anderson*

4