

# INDIANA UNIVERSITY
# NORTHWEST

4 May 2015

Dr. Mark McPhail
c/o College of Arts and Communication
University of Wisconsin at Whitewater
Whitewater, WI 53190

Dear Dr. McPhail:

**RE: Executive Vice Chancellor for Academic Affairs**

It is a pleasure to offer you the position of Executive Vice Chancellor for Academic Affairs at Indiana University Northwest. You are also offered a tenured appointment as Professor of Communication. The appointment begins on 1 August 2015.

Your annual salary will be $170,000. University policy requires that the salaries of all senior academic administrators comprise both an academic and an administrative component. Consistent with this policy, your annual salary has two components: an academic base salary as a faculty member (@ 80%) of $136,000 and an administrative base salary of $34,000. Each component of your salary will be incremented annually, in compliance with University and campus salary policies. If the administrative title is relinquished, the administrative base salary will be removed and the ten-month, academic-year salary will revert to 10/12ths of the academic base salary.

Comprehensive information concerning academic policies, appointments and responsibilities can be referenced by following this link: http://policies.iu.edu/policies/categories/academic-faculty-students/index.shtml

The full Indiana University package of benefits will be available to you and, with the printed copy of this letter, you will find enclosed a benefit summary for your information and review. You will also find benefits described on the University's Human Resources web site (http://www.iu.edu/~uhrs/). You will be contacted by University Human Resource Services regarding your benefit enrollment.

As we discussed, and in accordance with Indiana University policy I-310 (http://policies.iu.edu/policies/categories/financial/accounting-administration/FIN-ACC-I-310-moving-expenses.shtml), you will have up to $10,000.00 available for moving expenses, which can be apportioned between an initial move to Northwest Indiana during FY2015-16 and, if necessary, a later household relocation, which may occur in FY2016-17. Also, prior to your start date in the Executive Vice Chancellor's position, the IU Northwest Office of the Chancellor will

Office of the Chancellor   3400 Broadway   Gary, IN 46408-1197   (219) 980-6700   fax (219) 980-6670   www.iun.edu

Exhibit 4

RFA Exhibit A

reimburse your expenses for a trip to Northwest Indiana, for purposes of finding housing and preliminary discussions with your new campus colleagues and me.

Salary payments will be deposited to your bank savings or checking account. New Indiana University employees are subject to employment eligibility verification (federal I-9 compliance) and a criminal history check required by Indiana statute. This offer is contingent on the University's verification of credentials and other information required by state and federal law. Ms. Liz Romeo (lromeo@iun.edu), Administrative Assistant in the Office of Academic Affairs, will assist you with the employment verification and background check, as well as the collection of data to initiate the employment process.

During your prior visit to our campus and region (and not later than the morning of the first day of your appointment), please arrange to visit the IU Northwest Human Resources Office (Marram Hall Room 118), for a benefits and payroll orientation.

Please confirm your acceptance of this offer and the attendant terms by signing and dating the letter, as indicated, and returning a scanned copy by email attachment to me at your earliest convenience. In the meantime, please do not hesitate to let me know if I can furnish any additional information or assist in any way.

Thank you for your interest in Indiana University Northwest and sincerest congratulations on your appointment to this important leadership position. In behalf of our entire IU Northwest community, welcome. We look forward to working with you and having your contribution to the continuing success of our students and campus.

I remain

Yours,

William J. Lowe
Chancellor

------

I accept the above offer of employment for the position of **Executive Vice Chancellor for Academic Affairs** at Indiana University Northwest and I agree to begin full time employment on 3 August 2015.

_____    5-4-15
Signature                          Date
Mark. L McPhail