IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

Mark McPhail,

            Plaintiff,            Case No. 2:22-cv-00137-TLS-APR

The Trustees of Indiana          Honorable Theresa L. Springmann
University, et al.

            Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and among the parties to the above-titled action, through their respective attorneys, that said action be dismissed with prejudice and without fees or costs to any party, and that judgment of dismissal with prejudice may be entered hereon pursuant hereto and without further notice.

| /s/ Rima N. Kapitan | /s/ Kathleen M. Anderson |
|---|---|
| Kapitan Gomaa Law, P.C. | BARNES & THORNBURG LLP |
| Rima N. Kapitan (*pro hac vice*) | |
| rima@kapitangomaa.com | Kathleen M. Anderson (#16351-92) |
| P.O. Box 46503 | Kathleen.Anderson@btlaw.com |
| Chicago, Illinois 60646 | 888 South Harrison Street, Suite 600 Fort Wayne, IN 46802 |
| Phone: (312) 566-9590 | Telephone: (260) 423-9440 |
| | Facsimile: (260) 424-8316 |
| Christopher S. Stake (#27356-53) | |
| cstake@delaneylaw.net | |
| Delaney & Delaney LLC | V. Chisara Ezie-Boncoeur (#37251-71) |
| 3646 Washington Blvd. | cezie@btlaw.com |
| Indianapolis, IN 46205 | 201 S. Main Street |
| Phone: (317) 920-0400 | South Bend, IN 46204 |
| | Telephone: 574-233-1171 |
| Counsel for Plaintiff | Facsimile: 574-237-1125 |
| | Counsel for Defendants |